UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA FARIAS,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | No. CV 15-9735 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. §405(g),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings as set forth in the Order filed concurrently herewith.

DATED: September 6, 2017

                                             /S/FREDERICK F. MUMM
                                               FREDERICK F. MUMM
                                          United States Magistrate Judge